BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Pivotal Med Supply, LLC | Expedited First Day Motions re: Maintain Bank Accounts [5], DIP Financing [8], Prepetition Claims and Wages [6] | Case # 25–40248–elm11 |
| DEBTOR | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Pivotal Med Supply, LLC | VS | |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| Richard G. Grant, Culhane Meadows, PLLC | | |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

Debtor's Exhibit 1– Motion to maintain bank accounts attached at Dkt 5 (22 pgs)

Debtor's Exhibit 2 – Motion regarding pre–petition claims Prepetition Employee Wages, Benefits, Business Expenses and Related Relief Attached at Dkt 6 (20 pgs)

Debtor's Exhibit 3 –– Motion to establish procedures Noticing Procedure attached at Dkt [7] (9 pages)

Debtor's Exhibit 4 – Motion for DIP financing attached at Dkt [8]

Debtor's Exhibit 5 – Motion Regarding Patient Care Ombudsman attached at Dkt [9]

Debtor's Exhibit 6 – Motion to Extend time to file Schedules attached at Dkt [17]

Debtor's Exhibit 7 – Declaration of Noah Seitel in Support of First Day Pleadings filed at Dkt [11]

Debtor's Exhibit 8 – Five Week Cash Budget attached at Page 3 of Dkt [20]

| | | |
|---|---|---|
| Shelley Warren | 1/29/2025 | Edward L. Morris |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |